IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                                                                    ORDER

               Plaintiff,

                                                                                                             09-cr-95-bbc

        v.

EZRA MIRANDA,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A sentencing hearing was scheduled in this case on May 22, 2012. Prior to the hearing, defendant's counsel informed the court that defendant has requested a new lawyer. Therefore, at the time set for sentencing, the court held an ex parte hearing to discuss defendant's concerns. At the hearing, the court discussed with defendant Miranda and his lawyer, Jeff Nichols, defendant's concerns over Mr. Nichols's representation. After talking things through, defendant Miranda agreed to continue with Mr. Nichols as his lawyer.

Mr. Nichols is to coordinate with the clerk of court and Assistant United States

1

Attorney Timothy O'Shea to schedule a new date for the sentencing hearing.

Entered this 23d day of May, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge